UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN HORN,

    Plaintiff,                                     Case No. 07-10116

v.                                                    District Judge Nancy G. Edmunds
                                                     Magistrate Judge R. Steven Whalen

BAY COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER STRIKING AMENDED COMPLAINT

Plaintiff filed a *pro se* civil rights complaint, pursuant to 42 U.S.§ 1983, on January 08, 2007. On August 08, 2008, an answer was filed. On September 06, 2007, Plaintiff submitted an amended complaint, adding defendants.

Fed.R.Civ.P. 15(a) provides that after a responsive pleading has been filed, a plaintiff may amend a complaint only by leave of the Court. Plaintiff in this case has not filed a motion for leave to amend his complaint, setting forth reasons why he should be permitted to do so.

Therefore, Plaintiff's amended complaint is STRICKEN. Plaintiff may file a motion to amend his complaint, accompanied by the proposed amended complaint.

SO ORDERED.

                S/R. Steven Whalen
                R. STEVEN WHALEN
                UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 12, 2007.

                S/G. Wilson
                Judicial Assistant