UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN HORN,

    Plaintiff,

Case No. 07-10116

v.

District Judge Nancy G. Edmunds
Magistrate Judge R. Steven Whalen

BAY COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER**

On June 13, 2007, the Court granted Plaintiff *in forma pauperis* (IFP) status, and ordered service of the complaint and summons by the U.S. Marshal. The Court has since granted, in part, Plaintiff's motion to file an amended complaint that adds new Defendants, some of whom are not public employees. In order to effect service, the Court requires the addresses of these Defendants.

Accordingly, within 30 days of the date of this Order, Plaintiff shall send to the Court the business addresses of the following Defendants:

    Secure Care, Inc.
    Dr. Joseph Natole, Jr., M.D.

    SO ORDERED.

>                    S/R. Steven Whalen
>                    R. STEVEN WHALEN
>                    UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 16, 2007.

>                    S/G. Wilson
>                    Judicial Assistant