UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN HORN,

       Plaintiff,                               Case No. 07-10116

v.                                             District Judge Nancy G. Edmunds
                                                      Magistrate Judge R. Steven Whalen

BAY COUNTY SHERIFF'S
DEPARTMENT, et al.,

       Defendants.
_____/

**ORDER DIRECTING RE-SUBMISSION OF AMENDED COMPLAINT**

On October 16, 2007, the Court granted in part and denied in part Plaintiff's motion to amend his complaint [*see* Docket #22, Opinion and Order Granting in Part and Denying in Part Motion to Amend Complaint]. On the same date, Plaintiff filed an amended complaint. However, the copy that was filed is missing page 6, which appears to set forth Counts I and II.

Accordingly, Plaintiff shall, within 21 days of this Order, file one complete copy of his amended complaint with the Court, and shall serve one copy on counsel for Defendant Bay County Sheriff's Department:

Carlito H. Young, Esq.
Johnson, Rosati
34405 W. Twelve Mile Rd.
Farmington Hills, MI 48331-5627

Upon receipt of the complaint, the Court will order service by the United States Marshal on the remaining Defendants.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 7, 2007.

        S/G. Wilson
        Judicial Assistant