UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stephen Horn,

        Plaintiff,                                    Case No. 07-10116

v.                                           Hon. Nancy G. Edmunds

Bay County Sheriff's Department, et. al.,

        Defendants.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and

Recommendation. Being fully advised in the premises and having reviewed the record and the

pleadings, including the Report and Recommendation and any objections thereto, the Court

hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is

further ordered that the motion for summary judgment filed by Defendant Joseph Natole, Jr.,

M.D., Nurse Jody Doe, Nurse Amy Doe, and SecureCare, Inc. is GRANTED, the motion for

summary judgment filed by Defendants Bay County Sheriff's Department, Bay County Sheriff's

Medical Facility, Captain Newt Jerome, and Sgt. Laura Redman is GRANTED, and the case is

hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.


                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: August 7, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on August 7, 2008, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager